# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

## NO. 5:17-cv-00036-FL

|  |  |
|---|---|
| GAIL M. RUFFIN, | ) |
| PLAINTIFF, | ) |
| vs. | ) ORDER STAYING PROCEEDINGS |
| UNITED STATES OF AMERICA, | ) |
| DEFENDANT. | ) |

**THIS MOTION** coming on to be heard and being heard, by the undersigned Clerk of the U. S. District Court for the Eastern Division of North Carolina upon Plaintiff's Motion To Stay Proceedings;

And it appearing to this Court that the motion is made in good faith and is not intended to unnecessarily delay these proceedings; and

It further appearing that Defendant does not oppose the motion and for good cause shown, Plaintiff's Motion should be allowed.

**WHEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff's Motion is granted and these proceedings are stayed for sixty (60) days up to and including the 26th day of July 2017; and

**IT IS FURTHER ORDERED** that on or before July 26, 2017, Plaintiff will provide an update on the condition of her witness and its further effect, if any, on this case, and with the

status update, the Plaintiff, after consultation Defendant, will request extension of the stay for a set period of time or will inform the court of a date, not to exceed 21 business days from the date of filing of the status update, in which the parties will have conferred and filed an amended proposed discovery plan.

    This the 25th day of May, 2017.

*[signature]*
_____
LOUISE W. FLANAGAN
U.S. DISTRICT COURT JUDGE